# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

WILLIE V. NELSON,                                                                                              PLAINTIFF
ADC #122314

v.                                              4:12-cv-00246-JMM-JJV

FAULKNER COUNTY DETENTION CENTER                                              DEFENDANT

## ORDER

Willie Nelson has not responded to the Court's May 2, 2012, Order directing him to submit the $350 filing fee for this action, or an Application to Proceed Without Prepayment of Fees and Affidavit (Doc. No. 2).  Therefore, his Complaint should be dismissed for failure to prosecute, pursuant to Local Rule 5.5(c)(2).[1]  Accordingly,

IT IS, THEREFORE, ORDERED that this Complaint is DISMISSED without prejudice.

An appropriate Judgment shall accompany this Memorandum and Order.

IT IS SO ORDERED this 6th day of June, 2012.

JAMES M. MOODY
UNITED STATES DISTRICT JUDGE

---

[1] "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . ."