**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

WILLIE V. NELSON,                                                                                           PLAINTIFF
ADC #122314

v.                                              4:12-cv-00246-JMM-JJV

FAULKNER COUNTY DETENTION CENTER                                              DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 6th day of June, 2012.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE